UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEPHANIE PAULSON, AS
ADMINISTRATRIX OF THE ESTATE OF
RYAN M. BULLARD, DECEASED                                                PLAINTIFF

v.                    Case No. 5:14-cv-0373 KGB

UNITED STATES OF AMERICA                                                 DEFENDANT

## ORDER

Before the Court is a joint motion to dismiss filed by plaintiff Stephanie Paulson, as Administratrix of the Estate of Ryan M. Bullard, Deceased, and defendant, the United States of America (Dkt. No. 14). The joint motion to dismiss is granted. Ms. Paulson's complaint against the United States of America is dismissed.

So ordered this 12th day of May, 2016.

*(signature)*

Kristine G. Baker
United States District Judge